NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-715

STATE OF LOUISIANA

VERSUS

DAMICOS JACKSON

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 272021
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and James T. Genovese, Judges.

Cooks, J., dissents and assigns reasons.

AFFIRMED.

Laura Marie Pavy
Louisiana Appellate Project
Post Office Box 750602
New Orleans, Louisiana 70175
COUNSEL FOR DEFENDANT/APPELLANT:
    Damicos Jackson

Damicos Jackson
River Correctional Center
26354 Highway 15
Ferriday, Louisiana 71334

James C. Downs
District Attorney - Ninth Judicial District
James M. Buck
Post Office Drawer 1472
Alexandria, Louisiana 71309
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana